# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:26−mj−00127−MMH All Defendants

Case title: USA v. Dieye

Date Filed: 06/24/2026

Assigned to: Magistrate Judge Marcia M. Henry

**Defendant (1)**

**Muhamed Dieye** represented by **Michael Daniel Weil**
Federal Defenders of New York
NY
One Pierrepont Plaza
16th Floor
Brooklyn, Ste 16th Floor
Brooklyn, NY 11201
718−407−7413
Email: michael_weil@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1542.F | |

**Plaintiff**

**USA** represented by

**Amanda Muros−Bishoff**
DOJ−USAO
271−A Cadman Plaza East
Brooklyn, NY 11201
718−254−6010
Email: amanda.muros−bishoff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2026 | | Minute Entry for proceedings held before Magistrate Judge Marcia M. Henry: Docket Call as to Muhamed Dieye held on 6/26/2026. AUSA Amanda Muros−Bishoff present; Dft present with FDNY Michael Weil. Status conference held. Govt presented an order from the NDTX appealing the bond application. Dfse counsel argues that dft should not be moved into custody. Court received a stayed order and that the dft should remain in custody pending further order from the NDTX. The court received an order to transport the dft back to NDTX. (Time Log #6/26/26 12:19 − 12:31; 2:20 − 2:21.) (JAB) (Entered: 06/29/2026) |
| 06/26/2026 | 10 | TRANSCRIPT of Proceedings as to Muhamed Dieye held on 6/25/2026, before Judge Henry. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 7/17/2026. Redacted Transcript Deadline set for 7/27/2026. Release of Transcript Restriction set for 9/24/2026. (LH) (Entered: 06/26/2026) |
| 06/26/2026 | 9 | TRANSCRIPT of Proceedings as to Muhamed Dieye held on 6/24/2026, before Judge Henry. Court Reporter/Transcriber Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 7/17/2026. Redacted Transcript Deadline set for 7/27/2026. Release of Transcript Restriction set for 9/24/2026. (LH) (Entered: 06/26/2026) |
| 06/26/2026 | 8 | Letter *regarding stay from N.D. Texas* as to Muhamed Dieye (Weil, Michael) (Entered: 06/26/2026) |
| 06/25/2026 | 7 | NDTX STAY ORDER as to Muhamed Dieye. Ordered by NDTX USDJ Karen Gren Scholer on 6/25/2026. (FC) (Entered: 06/26/2026) |
| 06/25/2026 | | Minute Entry for proceedings held before Magistrate Judge Marcia M. Henry:Bond Hearing as to Muhamed Dieye held on 6/25/2026, Detention Hearing as to Muhamed Dieye held on 6/25/2026. AUSA Amanda Muros−Bishoff present. Dft present w/federal defender Michael Weil. Dfse counsel presented a bail application with 1 surety & 1 property; govt opposed; court granted the application and set bond @ $50,000 and required an additional surety to sign as moral suasion. 1 surety present, sworn and advised of the bond obligations and signed the bond. Moral suasion surety |

| | | |
|---|---|---|
| | | present and advised of the obligations and signed the bond. Govt seeks to appeal the bond to the NDTX. Court grant the stay until 5:00 Eastern Standard Time. (Time Log # 6/25/26 2:38−3:16.) (FC) (Entered: 06/26/2026) |
| 06/25/2026 | 6 | CJA 23 Financial Affidavit by Muhamed Dieye (FC) (Entered: 06/26/2026) |
| 06/25/2026 | 5 | Letter *attaching State Department form* as to Muhamed Dieye (Attachments: # 1 Passport Application Form) (Weil, Michael) (Entered: 06/25/2026) |
| 06/24/2026 | 4 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Muhamed Dieye. Ordered by Magistrate Judge Marcia M. Henry on 6/24/2026. (DW) (Entered: 06/25/2026) |
| 06/24/2026 | 3 | WAIVER of Rule 5(c)(3) Hearing by Muhamed Dieye (DW) (Entered: 06/25/2026) |
| 06/24/2026 | 2 | TEMPORARY COMMITMENT Issued as to Muhamed Dieye (DW) (Entered: 06/25/2026) |
| 06/24/2026 | | Minute Entry for proceedings held before Magistrate Judge Marcia M. Henry:Arraignment as to Muhamed Dieye (1) Count Complaint held on 6/24/2026, Attorney Appointment Hearing as to Muhamed Dieye held on 6/24/2026, Initial Appearance in Rule 5(c)(3) Proceedings as to Muhamed Dieye held on 6/24/2026 Appearance entered by Michael Daniel Weil for Muhamed Dieye on behalf of defendant.AUSA Amanda Muros−Bishoff present. Defendant present with FDNY Michael Weil. Defense counsel informed the court that he needed time to go over the finical affidavit with the defendant. Once he has a complete understanding of the defendants finances, he will submit one to the court if the defendant does not plan to retain counsel in the Northern District of Texas. Defendant arraigned on the removal complaint to the Northern District of Texas. Defendant waived an identity hearing, production of the warrant and preliminary hearing. The government opposed bail for reasons stated on the record. Defense counsel presented a $25,000 personal recognizances bail application. The court deemed the package insufficient. Defense counsel asked the court to put the detention hearing on for 6/25/2026.The government objects to continue the detention hearing. The court overruled the objection. TOD entered; a continued detention hearing is scheduled for 6/25/2026 in courtroom 2A at 2:00 pm. Rule 5F warnings given to the government. (Time Log #5:19−5:57 6/24/2026.) (DW) (Entered: 06/25/2026) |
| 06/24/2026 | | Arrest (Rule 40) of Muhamed Dieye (DW) (Entered: 06/25/2026) |
| 06/24/2026 | 1 | RULE 40 AFFIDAVIT by USA as to Muhamed Dieye by Affiant Rule 5 Affidavit/ Removal to the Northern District of Texas (DW) (Entered: 06/25/2026) |

Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

The Honorable Marcia M. Henry
United States Magistrate Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

June 26, 2026

RE: United States v. Muhamed Dieye, 26 M 127 (MMH)

Your Honor:

Yesterday, the Honorable Karen Gren Scholer of the U.S. District Court for the Northern District of Texas issued an Order staying Your Honor's release Order in this case until the government's motion to revoke the order "is decided or until otherwise ordered by the court. Defendant shall remain in custody pending further order." I understand the government is asking the Court to order the defendant removed in custody in light of that Order.

The defense respectfully submits that the stay should not be so construed and that, instead, Mr.Dieye should remain in custody here pending a decision on the government's motion or a more specific Order from the Northern District of Texas.

The law is clear that the District Court has authority to revoke this Court's release Order but less so as to whether such a decision necessarily must await the defendant's return to the prosecuting district. In *United States v. Phung*, No. 1:21-CR-74, 2021 WL 3033490, at *1 (S.D. Ohio July 19, 2021), it appears the Court issued a stay, and then in a later determination ordered the defendant transported in custody, obviously indicating it ruled on the bail determination before the defendant was ordered transported.

Other cases indicate a district court can order a stay until the defendant arrives in the prosecuting district but most such published decisions do so more explicitly than here. *See e.g.* *United States v. Romero*, No. EP-21-CR-01537-DCG, 2021 WL 4805423, at *4 (W.D. Tex. Oct. 14, 2021) (granting stay and ordering defendant transported).

Given that review of a detention order must occur promptly, 18 U.S.C. 3145, the defense believes the defendant should either not be transported across the country, or the government should obtain clarity from the District Court in an Order indicating that was its intention, given the language of the District Court's order.

Yours,
/s/
Michael D. Weil
(718) 330-1200

cc: AUSA Amanda Muros-Bishoff

Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

June 25, 2026

The Honorable Marcia M. Henry
United States Magistrate Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Muhammed Dieye, 26 M 127 (MMH)

Your Honor:

I represent Mr. Dieye. Annexed is the State Department passport application and instructions I handed up to the Court at today's detention hearing.

Yours,
/s/
Michael D. Weil
(718) 330-1200

cc: AUSA Amanda Muros-Bishoff

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

OMB Control No. 1405-0004
Expiration Date: 06/30/2028
Estimated Burden: 85 Minutes

**Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

## SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used to apply for a U.S. passport book and/or card **in person** at an acceptance facility, a passport agency (by appointment only), or a U.S. embassy, consulate, or consular agency (if abroad). The U.S. passport is a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals. To be eligible to use this form you must **apply in person** if at least one of the following is true:

- ✓ I am applying for my first U.S. passport
- ✓ I am under age 16
- ✓ My previous U.S. passport was either: a) issued under age 16; b) issued more than 15 years ago; c) lost, stolen, or damaged

**If none of the above statements apply to you, then you may be eligible to apply using form DS-82 or DS-5504 depending on your circumstances.**
**NOTE: You may be ineligible to receive a passport if you owe child support or have unpaid federal taxes. Visit travel.state.gov for more information.**

- **Notice to Applicants Under Age 16:** You must appear in person to apply for a U.S. passport with your parent(s) or legal guardian(s). See Section D of these instructions or travel.state.gov for more details.
- **Notice to Applicants Ages 16 and 17:** At least one of your parent(s) or legal guardian(s) must know that you are applying for a U.S. passport. See Section D of these instructions or travel.state.gov for more details.
- **Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

## SECTION B. STEPS TO APPLY FOR A U.S. PASSPORT

1. Complete this form (Do not sign until requested to do so by an authorized agent).
2. Attach one color photograph 2x2 inches in size and supporting documents (See Section D of these instructions).
3. Schedule appointment to apply in person by visiting our website or calling NPIC (see contact info at the top page).
4. Arrive for appointment and present completed form and attachments to the authorized agent who will administer the oath, witness you signing your form, and collect your passport fee.
5. Track application status online at Passportstatus.state.gov.
6. Receive new passport and original supporting documents (that you submitted with your application).

## SECTION C. HOW TO COMPLETE THIS FORM

Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form.

1. **Name (Last, First, Middle)**: Enter the name to appear in the passport. The name to appear in the passport should be consistent with your proof of citizenship and identification. If you have changed your name and are not eligible to use a DS-82 or DS-5504, you must use this form. Visit travel.state.gov/namechange for more information.
2. **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY).
3. **Sex**: You must select sex marker option "M" (male) or "F" (female) that corresponds with your biological sex at birth.
4. **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country as presently known.
5. **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed, and dated, that includes the phrase, "*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office.
6. **USCIS Registration A-Number** (A-Number): Enter your nine-digit number (if applicable). If you do not have an A-Number, leave this field blank.
7. **Email Address:** By providing your email address, you give us approval to send you email messages about the status of your passport and important travel information.
8. **Mailing Address Line 1 and 2 "In Care Of"**: *For line 1* enter applicant's Street/RFD #, ***or*** P.O. Box ***or*** URB ***or*** Apt/Suite #. *For line 2*, if you do not live at the address listed in this field, put the name of the person who lives at this address and mark it "In Care Of". **If the applicant is a minor child, you must include the "In Care Of" name of the parent or adult registered to receive mail at this address.**
9. **Primary Contact Phone Number and List All Other Names You Have Used:** By providing your primary phone number, you give us approval to send you (text and/or SMS) messages about the status of your passport and important travel information. Also, enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names one in section A and one in section B. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form.)

⚠ **Bottom Section of Application Page 1 - Identifying Documents and Signature Blocks: Skip this section and complete Application Page 2.**
**NOTE: Do not sign this form until requested to do so by the authorized agent who will administer the oath to you.**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM

Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section.

1. **PROOF OF U.S. CITIZENSHIP** Information can be found on travel.state.gov/citizenship.

### Applicants Born in the United States

Your evidence will be returned to you if it is not damaged, altered, or forged. Submit an original or certified copy and a photocopy of the front and back if there is printed information on the back, of one of the following documents:

- U.S. Birth Certificate that meets all the following requirements:
  - Issued by the city, county, or state of birth
  - Lists your full name, date of birth, and birthplace
  - Lists your parent(s)' full names
  - Lists date filed with registrar's office (must be within one year of birth)
  - Shows registrar's signature and the seal of the issuing authority
  - Lists your biological sex at birth
- Fully valid, undamaged U.S. passport (may be expired)
- Consular Report of Birth Abroad or Certification of Birth Abroad
- Certificate of Naturalization or Citizenship

- Secondary documents may be submitted if the U.S. birth certificate was filed more than one year after your birth ***or*** if no birth record exists. For no birth record on file, submit a registrar's letter to that effect. For both scenarios, submit a combination of the evidence listed below, with your first and last name, birthdate and/or birthplace, the seal or other certification of the office (if customary), and the signature of the issuing official.
  - A hospital birth record
  - An early baptismal or circumcision certificate
  - Early census, school, medical, or family Bible records
  - Insurance files or published birth announcements (such as a newspaper article)
  - Notarized affidavits (or DS-10, Birth Affidavit) of older blood relatives having knowledge of your birth may be submitted in addition to some of the records listed above.

### Applicants Born Outside the United States

If we determine that you are a U.S. citizen, your lawful permanent resident card submitted with this application will be forwarded to U.S. Citizenship and Immigration Services.

- Claiming Citizenship through Naturalization of One or Both Parent(s), submit all the following:
  - Your parent(s) Certificate(s) of Naturalization
  - Your parents' marriage/certificate and/or evidence that you were in the legal and physical custody of your U.S. citizen parent, if applicable
  - Your foreign birth certificate (and official translation if the document is not in English)
  - Your evidence of admission to the United States for legal permanent residence and proof you subsequently resided in the United States

- Claiming Citizenship through Birth Abroad to At Least One U.S. Citizen Parent, submit all the following:
  - Your Consular Report of Birth Abroad (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English)
  - Your parent's proof of U.S. citizenship
  - Your parents' marriage certificate
  - Affidavit showing all your U.S. citizen parents' periods and places of residence and physical presence before your birth (DS-5507)

- Claiming Citizenship Through Adoption by a U.S. Citizen Parent(s), *if your birthdate is on or after October 5, 1978*, submit evidence of all the following:
  - Your permanent residence status
  - Your full and final adoption
  - You were in the legal and physical custody of your U.S. citizen parent(s)
  - You have resided in the United States

2. **PROOF OF IDENTITY** Information can be found at travel.state.gov/identification.

Present your original identification and submit a front and back photocopy with this form. It must show a photograph that is a good likeness of you. Examples include:

- Driver's license (not temporary or learner's permit)
- Previous or current U.S. passport book/card
- Military identification
- Federal, state, or city government employee identification
- Certificate of Naturalization or Citizenship

3. **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos.

Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view
- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis. You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

4. **PROOF OF PARENTAL RELATIONSHIP** ***(FOR APPLICANTS UNDER AGE 16)***

Parents/guardians must appear in person with the child and submit the following:

- Evidence of the child's relationship to parents/guardian(s) (Example: a birth certificate or Consular Report of Birth Abroad listing the names of the parent(s)/guardian(s) and child)
- Original parental/guardian government-issued photo identification and a photocopy of the front and back (to satisfy proof of identity)

If only one parent/guardian can appear in person with the child, you must also submit one of the following:

- The second parent's notarized written statement or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. The notarized statement cannot be more than three months old, must be signed and notarized on the same day, and must come with a front and back photocopy of the second parent's government-issued photo identification.
- The second parent's death certificate (if second parent is deceased)
- Evidence of sole authority to apply (Example: a court order granting sole legal custody or a birth certificate listing only one parent)
- A written statement (made under penalty of perjury) or DS-5525 explaining, in detail, why the second parent cannot be reached

***OR***

**PROOF OF PARENTAL AWARENESS** ***(FOR APPLICANTS AGES 16 AND 17)***

We may request the consent of one legal parent/legal guardian to issue a U.S. passport to you. In many cases, the passport authorizing officer may be able to ascertain parental awareness of the application by virtue of the parent's presence when the minor submits the application or a signed note from the parent or proof the parent is paying the application fees. However, the passport authorizing officer retains discretion to request the legal parent's/legal guardian's notarized statement of consent to issuance (e.g., on Form DS-3053).

5. **FEES** Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56) and are collected at the time you apply for the passport service. By law, the passport fees are **non-refundable**. Visit travel.state.gov/passportfees for current fees, payment methods, and how fees are used and processed. Additional fee information is as follows:

- The execution fee **must be paid separately** and made payable to the acceptance facility in the payment method they accept.
- If applying outside the United States: Please see the website of your embassy, consulate, or consular agency for acceptable payment methods.

**Other Services Requiring Additional Fee** (Visit travel.state.gov for more details)**:**

- **Expedite Service:** Only available for passports mailed in the United States and Canada.
- **1-2 Day Delivery:** Only available for passport book (and not passport card) mailings in the United States.
- **Verification of a previous U.S. Passport or Consular Report of Birth Abroad:** Upon your request, we verify previously issued U.S. passport or Consular Report of Birth Abroad if you are unable to submit evidence of U.S. citizenship.
- **Special Issuance Passports:** If you apply for a no-fee regular, service, official, or diplomatic passport at a designated acceptance facility, you must pay the execution fee. No other fees are charged when you apply.

## SECTION E. HOW TO SUBMIT THIS FORM

Submitting your form depends on your location and how soon you need your passport.

- **Applicant Located Inside the United States:** For the latest information regarding processing times, scheduling appointments, and nearest designated acceptance facilities visit travel.state.gov or contact NPIC.
- **Applicant Located Outside the United States:** In most countries, you must apply in person at a U.S. embassy or consulate for all passport services. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

## SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS

- **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
- **Separate mailings:** You may receive your newly issued U.S. passport book and/or card and your citizenship evidence in two separate mailings. If you are applying for both a book and card, you may receive three separate mailings: one with your returned evidence, one with your newly issued book, and one with your newly issued card. **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.
- **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
- **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
- **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## ACTS OR CONDITIONS

The applicant agrees with the following statement:

*I am not currently required to register under the sex offender registration program of any jurisdiction for a sex offense against a minor. I have not been convicted of a federal or state drug offense or convicted of a statutory "sex tourism" crime, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant is required to be attached and made part of this application.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 1 (Section C) to this form.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199.

**For more information about your application status, online tools, current fees, and processing times, please visit travel.state.gov.**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

OMB Control No. 1405-0004
Expiration Date: 06/30/2028
Estimated Burden: 85 Minutes

**Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.**

**Select document(s) for which you are submitting fees:**

☐ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

*The U.S. Passport Card is **not** valid for international air travel. See Instruction Page 3*

☐ Regular Book (Standard) ☐ Large Book (Non-Standard)

The large book is for frequent international travelers who need more visa pages

☐ D ☐ O ☐ S ☐ NFR

End. # ______ Exp. ______

**1. Name** Last

First

Middle

**2. Date of Birth** (MM/DD/YYYY)

**3. Sex** M F

**4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*

**5. Social Security Number**

**6. USCIS Registration A-Number *(if applicable)*** A-

**7. Email** *(see application status at passportstatus.state.gov)*

**8. Mailing Address Line 1:** *Street/RFD#, P.O. Box, or URB. Also include Apartment, Suite, etc*

**Address Line 2:** *(If applicant is a child, write "In Care Of" the parent) Example: In Care Of - Jane Doe*

**City** **State** **Zip Code** **Country** *(if outside the United States)*

**9. Primary Contact Phone Number**

**List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change). If needed, attach additional pages.*

A. B.

Staple 2" x 2" Staple




Attach a color photograph of applicant taken within the last six months

Staple 2" x 2" Staple

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

## STOP! CONTINUE TO PAGE 2

## DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name ______

Issue Date *(mm/dd/yyyy)* Exp. Date *(mm/dd/yyyy)* State of Issuance

ID No Country of Issuance ______

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name ______

Issue Date *(mm/dd/yyyy)* Exp. Date *(mm/dd/yyyy)* State of Issuance

ID No Country of Issuance ______

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x ______
**Applicant's Legal Signature - age 16 and older**

x ______
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

x ______
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

______
Signature of person authorized to accept applications

*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.*

______
Date

Agent ID Number

______
Print Facility Name/Location

Facility ID Number

______
Name of courier company *(if applicable)*

For Issuing Office Only → Bk ______ Card ______ EF ______ Postage ______ Execution ______ Other ______

DS 11 C 04 2025 1

Name of Applicant (Last, First, & Middle)

Date of Birth (MM/DD/YYYY)

**10. Parental Information**

Mother/Father/Parent - First & Middle Name (*at Parent's Birth*)

Last Name (*at Parent's Birth*)

Date of Birth (MM/DD/YYYY)

Place of Birth (*City & State if in the U.S. or City & Country as it is presently known*)

Sex ☐ M ☐ F

U.S. Citizen? ☐ Yes ☐ No

Mother/Father/Parent - First & Middle Name (*at Parent's Birth*)

Last Name (*at Parent's Birth*)

Date of Birth (MM/DD/YYYY)

Place of Birth (*City & State if in the U.S. or City & Country as it is presently known*)

Sex ☐ M ☐ F

U.S. Citizen? ☐ Yes ☐ No

**11. Have you ever been married?** ☐ Yes ☐ No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse (*Last, First & Middle*)

Date of Birth (MM/DD/YYYY)

Place of Birth

U.S. Citizen? ☐ Yes ☐ No

Date of Marriage (MM/DD/YYYY)

Have you ever been widowed or divorced? ☐ Yes ☐ No

Widow/Divorce Date (MM/DD/YYYY)

**12. Additional Contact Phone Number** ☐ Home ☐ Cell ☐ Work ☐ ________

**13. Occupation** (*if age 16 or older*)

**14. Employer or School** (*if applicable*)

**15. Height**

**16. Hair Color**

**17. Eye Color**

**18. Travel Plans** (*If no travel plans, please write "none"*)

Departure Date (MM/DD/YYYY)

Return Date (MM/DD/YYYY)

Countries to be Visited

**19. Permanent Address** (*Complete if P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address. **Do not list a P.O. Box.***)

*Street/RFD # or URB*

Apartment/Unit

City

State

Zip Code

**20. Your Emergency Contact** (*Provide the information of a person not traveling with you to be contacted in the event of an emergency.*)

Name

Address: Street/RFD # or P.O. Box

Apartment/Unit

City

State

Zip Code

Phone Number

Relationship

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☐ Yes ☐ No *If yes, complete the remaining items in #21.*

Name printed on your most recent book

**Status of Book**

☐ Submitting with application

☐ Stolen ☐ Lost ☐ In my possession (*if expired*)

Name printed on your most recent card

**Status of Card**

☐ Submitting with application

☐ Stolen ☐ Lost ☐ In my possession (*if expired*)

**If your most recent passport book/card was lost or stolen, you must explain in detail below. Please provide your previous book/card number and include the date and location (address/city/state/country) of the loss/theft, if known. Please indicate whether you filed a police report, and if it is available, please submit a copy. If you need more space, continue on a separate sheet of paper.**

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence ________

☐ Birth Certificate SR CR City Filed: Issued:

☐ Sole Parent

☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#

☐ Report of Birth Filed/Place:

☐ Passport C/R S/R See #21 #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ PAW ☐ NPIC ☐ IRL ☐ Citz W/S

DS 11 C 04 2025 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>Muhamed Dieye,<br><br>Defendant(s). | 26 MJ 127<br>ORDER |

Marcia Henry, United States Magistrate Judge:

This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations.

The Government must disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" and that is known to the Government. *Id.* at 87. This obligation applies regardless of whether the defendant requests this information or whether the information would itself constitute admissible evidence. The Government shall disclose such information to the defense promptly after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case.

As part of these obligations, the Government must disclose any information that can be used to impeach the trial testimony of a Government witness within the meaning of *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny. Such information must be disclosed sufficiently in advance of trial in order for the defendant to make effective use of it at trial or at such other time as the Court may order.[1]

[1] This Order does not purport to set forth an exhaustive list of the Government's disclosure obligations.

The foregoing obligations are continuing ones and apply to materials that become known to the Government in the future. These obligations also apply to information that is otherwise subject to disclosure regardless of whether the Government credits it.

In the event the Government believes that a disclosure under this Order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of its obligations, which may include in camera review or withholding or subjecting to a protective order all or part of the information otherwise subject to disclosure.[2]

For purposes of this Order, the Government has an affirmative obligation to seek all information subject to disclosure under this Order from all current or former federal, state, and local prosecutors, law enforcement officers, and other officers who have participated in the prosecution, or investigation that led to the prosecution, of the offense or offenses with which the defendant is charged.

If the Government fails to comply with this Order, the Court, in addition to ordering production of the information, may:

(1) specify the terms and conditions of such production;

(2) grant a continuance;

(3) impose evidentiary sanctions;

(4) impose contempt or other sanctions on any lawyer responsible for violations of the Government's disclosure obligations, or refer the matter to disciplinary authorities;

(5) dismiss charges before trial or vacate a conviction after trial or a guilty plea; or

(6) enter any other order that is just under the circumstances.

[2] The Classified Information Procedures Act sets forth separate procedures to be followed in the event that the Government believes matters relating to classified information may arise in connection with the prosecution. *See* 18 U.S.C. app. 3 §§ 1 *et seq*.

SO ORDERED.

Dated: June 24, 2026
BROOKLYN, NY

S / Marcia Henry
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
Muhamed Dieye
*Defendant*

Case No. 26-127

Charging District's Case No. 26-769

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of Texas.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/24/26.

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Michael Weil
*Printed name of defendant's attorney*

AO 470 - EDNY (Rev. 03/01/2023)

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
Muhamed Dieye
*Defendant*

Case No. 26 MJ 127

## ORDER SCHEDULING A DETENTION HEARING

Upon motion of the defendant, a detention hearing under 18 U.S.C. § 3142(f) is scheduled as follows:

| | |
|---|---|
| Place: 225 Cadman Plaza East<br>Brooklyn, NY 11201 | Courtroom: 2A |
| | Date* and Time: 6/25/26 @ 2:00pm |

**IT IS ORDERED:** Pending the hearing, the Defendant shall be detained in the custody of the United States Marshal or any other authorized officer and must be produced for the hearing at the time, date, and place set forth above.

Date: 6/24/2026

[redacted]

*Printed name and title*

*If not held immediately upon the Defendant's first appearance, the hearing may be continued for up to three business days upon motion of the Government, or up to five business days upon motion of the Defendant, except for good cause. 18 U.S.C. § 3142(f)(2).

18 U.S.C. § 3142(f)(1) sets forth the grounds for a hearing that may be asserted only by the Government based on the nature of the offense. 18 U.S.C. § 3142(f)(2) states that a hearing shall be held upon motion of the Government or of the judicial officer if there is a **serious risk** that the Defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

MWG:AMB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MUHAMED DIEYE,

Defendant.

REMOVAL TO THE NORTHERN DISTRICT OF TEXAS

(Fed. R. Crim. P. 5)

Case No. 26-MJ-127

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Matthew Dziubela, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service ("USMS"), duly appointed according to law and acting as such.

On or about June 23, 2026, the United States District Court for the Northern District of Texas issued a warrant for the arrest of the defendant MUHAMED DIEYE, for violating 18 U.S.C. § 1542 (false statement in passport application).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On June 23, 2026, the United States District Court for the Northern District of Texas issued a warrant for the arrest of the defendant MUHAMED DIEYE (the "Arrest Warrant"). A true and correct copy of the Arrest Warrant is attached as Exhibit A. The Arrest Warrant was issued based upon a complaint that on or about November 21, 2024 and August 21,

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2024, the defendant MUHAMED DIEYE willfully and knowingly made a false statement in an application for a United States passport by failing to list at least one other name he had used, thereby violating 18 U.S.C. § 1542 (false statement in passport application). A true and correct copy of the Complaint is attached as Exhibit B.

2. On or about June 24, 2026, law enforcement agents arrested the defendant MUHAMED DIEYE at the United States District Court for the Eastern District of New York, in Brooklyn, New York, pursuant to the Arrest Warrant.

3. At the time of his arrest on June 24, 2026, the defendant MUHAMED DIEYE confirmed his identity to law enforcement agents by providing his name, date of birth, and social security number which matched the name, date of birth, and social security number of the defendant on the Arrest Warrant. Law enforcement agents also compared the defendant's physical appearance to a photograph stored in the CAPTURE law enforcement database for MUHAMED DIEYE, and the defendant's appearance matched the photograph of MUHAMED DIEYE contained in the database.

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the MUHAMED DIEYE wanted in the Northern District of Texas.

WHEREFORE, your deponent respectfully requests that the defendant MUHAMED DIEYE be removed to the Northern District of Texas so that he may be dealt with according to law.

Matthew Dziubela
Deputy Marshal
United States Marshals Service

Sworn to before me this
24th day of June, 2026

[redacted]

THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.
Muhamed Dieye

*Defendant*

Case No. 3:26-MJ-769-BW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Muhamed Dieye ,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☑ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1542 Willfully and knowingly making a false statement in a passport application

[redacted]

Date: June 23, 2026

*Issuing officer's signature*

City and state: Dallas, Texas

BRIAN MCKAY, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Muhamed Dieye

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______

# EXHIBIT B

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.
Muhamed Dieye

*Defendant(s)*

Case No. 3:26-MJ-769-BW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 21, 2024 in the county of Dallas in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1542 | Willfully and knowingly making a false statement in a passport application |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Tom Huszcza

☑ Continued on the attached sheet.

T. Hu [signature]
*Complainant's signature*

Tom Huszcza, SA, DSS
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: June 23, 2026

[redacted]
*Judge's signature*

City and state: Dallas, Texas

BRIAN McKAY, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Tom Huszcza, being duly sworn, depose and state:

2. I have been employed by the U.S. Department of State, Diplomatic Security Service as a Special Agent for approximately eighteen years. I am assigned to the Dallas Resident Office in Dallas, Texas, and have been since August of 2018. During my time as a Special Agent, I have participated in investigations of passport fraud, money laundering, conspiracy, theft, wire fraud, identity theft and fraudulent document investigations. Through my training, education and experience, I have become familiar with the methods individuals impersonate and assume other identities and/or personas; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes. I have attended and successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, and the Basic Special Agent Course, at the Diplomatic Security Training Center.

3. This affidavit is filed in support of an arrest warrant and criminal complaint charging **Muhamed DIEYE** with willfully and knowingly making a false statement in a passport application, in violation of 18 U.S.C. § 1542.[1]

---

[1] In relevant part 18 U.S.C. § 1542 provides,

> Whoever willfully and knowingly makes any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws;
>
> . . .
>
> Shall be fined under this title, imprisoned not more than . . . 10 years (in the case of the first or second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime), . . ., or both.


SBU - LAW ENFORCEMENT

4. I have personally been involved in the investigation of this matter. This affidavit is based on information obtained from law enforcement and government personnel; witness statements; my personal knowledge and observations; and my examination of various reports, documents, records, and computer databases. Unless otherwise indicated, when the contents of a document or an individual's statement are reported herein, they are reported in substance and part and are not intended to be a verbatim recitation of the document or statement. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant, it does not include all the facts known to me or other government personnel.

5. According to United States Department of State ("DOS") passport regulations (contained in 22 CFR Part 51), a passport applicant is required to submit a passport application and to truthfully answer all questions pertaining to their eligibility for a U.S. passport. All information and supporting documentation submitted in connection with a U.S. passport application is considered part of the application.

6. According to DOS records, on November 16, 2022, **Muhamed DIEYE** born on January 21, 1991, submitted a DS-11 application for a U.S. passport (version 12-2020) at the Dallas Passport Agency located at 1100 Commerce St, Dallas, Texas. This passport acceptance facility is located in the Northern District of Texas, Dallas Division. In support of the U.S. passport application, **Muhamed DIEYE** provided a State of New York birth certificate and a State of Pennsylvania drivers' license. **Muhamed DIEYE** left block 9a and 9b ("List all other names you have used") blank. **Muhamed DIEYE**'s signature appears below a declaration that states,


SBU - LAW ENFORCEMENT

> I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

7. According to DOS records, on August 21, 2024, **Muhamed DIEYE**—born on January 21, 1991—submitted a DS-11 application for a U.S. passport (version 04-2022) at the Dallas Passport Agency located at 1100 Commerce St, Dallas, TX. This passport acceptance facility is located in the Northern District of Texas, Dallas Division. In support of the U.S. passport application, **Muhamed DIEYE** provided a State of New York birth certificate and a copy of a State of Pennsylvania drivers' license. **Muhamed DIEYE** left block 9a and 9b (List all other names you have used) blank. **Muhamed DIEYE** signature appears below a declaration that states,

> I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

**8.** On September 2, 2022, pre-dating both U.S. passport application, **Muhamed DIEYE**, purporting to be F.A., signed a one-year residential lease for the occupancy of 2900 McKinnon St #502, Dallas, TX. In support of the lease agreement, DIEYE provided


SBU - LAW ENFORCEMENT

a State of New Jersey driver's license bearing **DIEYEs** image and the personally identifiable information of F.A., with a date of birth of xx/xx/1995. Search of the National Law Enforcement Telecommunication System shows that New Jersey driver's license (NJ DL A xxxx xxxxx x2952) does not correspond with any New Jersey driver. Additionally, **DIEYE**, purporting to be F.A., supplied a social security number XXX-XX-3588 for the lease agreement. This social security number belongs to a minor child.

9. I am including the following table for reference:

| | | |
|---|---|---|
|  |  |  |
| Muhamed DIEYE 2024 U.S. Passport application | Muhamed DIEYE 2022 U.S. Passport application | Photo of DIEYE on the counterfeit NJ DL in the name of F.A. |

10. Based on the foregoing information I have and submit there is probable cause to believe that on or about November 16, 2022 and again August 21, 2024, **Muhamed DIEYE** willfully and knowingly made a false statement in an application for a United States Passport, in violation of 18 U.S.C. § 1542; namely, by failing to list other names he has used, including F.A.

T. [signature]

Tom Huszcza, Special Agent
U.S. Department of State
Diplomatic Security Service

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Dated this 23rd day of June 2026.

[redacted]

BRIAN MCKAY
United States Magistrate Judge