ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'26 JUL 8 PM2:29

UNITED STATES OF AMERICA

v.

MUHAMED DIEYE

NO.

3-26CR-381-L

**INDICTMENT**

The Grand Jury Charges:

Count One
False Statement in Application of and Use of Passport
(Violation of 18 U.S.C. § 1542)

On or about November 16, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Muhamed Dieye**, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application **Muhamed Dieye** did not disclose, A.F., a name he previously used, an omission which he knew to be false.

In violation of 18 U.S.C. § 1542.

Count Two
False Statement in Application of and Use of Passport
(Violation of 18 U.S.C. § 1542)

On or about August 21, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Muhamed Dieye**, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application **Muhamed Dieye** did not disclose, A.F., a name he previously used, an omission which he knew to be false.

In violation of 18 U.S.C. § 1542.

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

MICHAEL J. MURTHA
Assistant United States Attorney
Texas Bar Number 24116801
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Michael.Murtha@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MUHAMED DIEYE

---

INDICTMENT

18 U.S.C. § 1542
False Statement in Application of and Use of Passport
(Counts 1-2)

2 Counts

---

A true bill rendered

---

DALLAS FOREPERSON

Filed in open court this 8 day of July, 2026.

---

**Defendant in Federal Custody since 06/23/2026**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:26-MJ-769