# Exhibit C

# PLACEHOLDER

## ***DIEYE ARREST JFK***

*See Native Folder to Review*

| Name | Size |
|---|---|
| Export__C0240 INT FIX - A7 Boarding Gate ED3047_Friday June 26 2026151609 c6492b6.avi | 22.8 MB |
| Export__C6115 INT FIX - A7 Fixed_Friday June 26 2026151610 c0dae94.avi | 10.5 MB |
| Export__C6117 INT FIX - A7 Departures_Friday June 26 2026151608 9faccb6.avi | 31.4 MB |
| Export__C8059 INT PTZ - ED3051 Gate Area_Friday June 26 2026151611 57c0565.avi | 37 MB |