# Exhibit D

MAGNET FORENSICS®

# FORENSIC EXAMINATION REPORT

## CASE NUMBER PF-2024-00264

| | |
|---|---|
| Case generated | Thursday, July 16, 2026 |
| Report generated | Monday, July 20, 2026 |

# CASE OVERVIEW

## CASE PROCESSING DETAILS

### SCAN 1

| | |
|---|---|
| Scanned by | NIFA R. Golladay |
| Scan date | Thursday, July 16, 2026 9:48:32 AM |

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 2 |
| Combined results | 179,726 |

IPHONE 17 PRO (700)

| | |
|---|---|
| Evidence processing software | AXIOM Process v10.2.0.49217 |
| Evidence number | iPhone 17 Pro |
| Location | PhysicalDrive1 |
| Platform | Mobile |

IPHONE 17 PRO (179,026)

| | |
|---|---|
| Evidence processing software | AXIOM Process v10.2.0.49217 |
| Evidence number | iPhone 17 Pro |
| Location | 00008150-001C1D3C3A20401C_files_partial-bfu.zip |
| Platform | Mobile |

Pictures

Record 1

| | |
|---|---|
| Tags | Evidence |

Image




| | |
|---|---|
| File Name | Photos-at_0_9F2D5F6C-76DC-4819-BB78-1292E816A9A1.png |
| File Extension | .png |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 3/2/2026 9:07:47.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 3/2/2026 9:07:47.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 3/2/2026 9:07:47.000 PM |
| Size (Bytes) | 137357 |
| Skin Tone Percentage | 0.2 |
| Original Width | 278 |
| Original Height | 603 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 278<br>ImageHeight: 603 |
| MD5 Hash | 219216332e770c4e45787c93c9531fe3 |
| SHA1 Hash | c4f5b6bc5c977324e77717a9c9aa3e050418630e |

| | |
|---|---|
| PhotoDNA Hash | Mho3TAUHO1kCAzNcAwY0YAIDPmEOEEBMURIppRYQMMsHFTXZEBQ+/g4MRO8uBj62IRZ3VRcUv34MG9CCKxr6gzgL83<br><br>RXAdhfFjotGRcMPUoUEkVPKRBBTi8PUVc6BE9aBj1EHhANVikTCmIoEAtdLBsKXU5JBDxHBDcucBcHP5gJBEKqBQVD<br><br>qQoGQqsjATF8 |
| _rawData | [Binary data] |
| Source | • 00008150-001C1D3C3A20401C_files_partial-bfu.zip\private\var\mobile\Library\Caches\com.apple.MobileSMS\Previews\Search\Photos-at_0_9F2D5F6C-76DC-4819-BB78-1292E816A9A1.png |
| Location | • n/a |
| Evidence number | • iPhone 17 Pro |
| Recovery method | • Parsing |
| Item ID | 107785 |