# Exhibit E

Apple Confidential

Account Details

DSID: 19236484872

Col. E. Age Category - If Family Sharing Child or Teen is listed then the identified account is flagged in our records as belonging to a minor. We provide

Col. AC may contain multiple data points regarding additional email addresses associated with the Apple ID, including the Additional Email, the Additic

Col. AD may contain multiple data points regarding iCloud Mail Aliases, including the iCloud Mail Alias, Mail Alias Type (for example: active or deleted)

| Apple ID | DS ID | Account Type | Person Type | Age Category | Family Sharing |
|---|---|---|---|---|---|
| [redacted]cheavy@icloud.com | [redacted]4872 | Full iCloud | Customer Lite | Adult | No |

this notice for consideration with applicable targeting and minimization procedures.
›nal Email Type and the Vetting Status for any additional email addresses.
, date mail alias was created and date mail alias was modified. Note: an iCloud Mail Alias can be alternative email handle(s) for the primary iCloud mail

| Advanced Data Protection enabled | Login Alias | First Name | Last Name | Country | Language | Time Zone |
|---|---|---|---|---|---|---|
| No | | P[redacted] | J[redacted] | United States | US-EN | |

address, which if applicable, is indicated in Col D; or when the Apple ID is an icloud.com domain in Col. A

| Account Status | iCloud Account Creation Date | Apple ID Creation Date | Address Line 1 | Address Line 2 |
|---|---|---|---|---|
| Active | Sat, 28 Mar 26 17:46(PT) | Sat, 28 Mar 26 17:46(PT) | [redacted] | |

| Address Line 3 | Address Line 4 | City | Postal Code | Country Code | Day Phone |
|---|---|---|---|---|---|
| | | Chicago Heights, Illinois | 60411-2382 | United States | [redacted]7526 |

| Evening Phone | FaceTime / iMessage Phone | Verified Phone | Unverified Phone |
| --- | --- | --- | --- |
| | [redacted]0923 | [redacted]0923 | |

| Additional Phone Numbers_Type | Registration IP Address |
|---|---|
| [redacted]0923Reachable At Phone1-[redacted]7526 Day Phone | 107.116.157.71 |

| Additional Emails_Type_Vetting Status |
|---|
| [redacted]cheavy@icloud.comprimaryVerified[redacted]cheavy@icloud.comadditionalVerified |

| iCloud Mail Aliases_Type_Created On_ Modified On |
| --- |

| Sign in with Apple Private Email Relay Address |
| --- |
| 5bmkdjnywk@privaterelay.appleid.comg76hnty7nq@privaterelay.appleid.comd7swg8st2t@privaterelay.appleid.comb67wpkmzj6@privaterelay.appleid.co |

**Game Center Nickname**