# Exhibit F

w/c 4/16 no flsh

U.S. Department of State
# APPLICATION FOR A U.S. PASSPORT
00011989-0424
OMB CONTROL NO.: 1405-0004
EXPIRATION DATE: 12-31-2023
ESTIMATED BURDEN: 85 MIN

*Use black ink only. If you make an error, complete a new form. Do not correct.*

**Select document(s) for which you are submitting fees:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both
The U.S. passport card is not valid for international air travel. (See instructions Page 3)
☐ Regular Book (Standard) ☐ Large Book (Non-Standard)
The large book is for frequent travelers who need more visa pages.

55271358 6

☐ D ☐ O ☐ S ☐ NFR
End. # 915 Exp. 1yr

**1. Name** Last: Dieye
First: Muhamed Middle:

**2. Date of Birth** (mm/dd/yyyy): [redacted]1991 **3. Sex** M ☑ F **4. Place of Birth** (City & State if in the U.S. or City & Country as it is presently known.): NYC (NY)

**5. Social Security Number**: [redacted] **6. Email** (see application status at passportstatus.state.gov): [redacted]@gmail.com **7. Primary Contact Phone Number**: [redacted] 7225

**8. Mailing Address Line 1:** (Street/RFD#, P.O. Box or URB)
[redacted]

**Address Line 2:** (Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" of the parent. Example: In Care Of - Jane Doe, mother)

City: Darby State: PA Zip Code: 19023 Country (if outside the United States):

**9. List all other names you have used.** (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)
A B. Faddohe



## STOP! CONTINUE TO PAGE 2
**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**
☑ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other
Name: Muhamed F Dieye
Issue Date (mm/dd/yyyy): [redacted]2021 Exp. Date (mm/dd/yyyy): 01/26/2025 State of Issuance: PA
ID No: [redacted]8980 Country of Issuance:

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**
☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other
Name
Issue Date (mm/dd/yyyy) Exp. Date (mm/dd/yyyy) State of Issuance
ID No Country of Issuance

☐ Acceptance Agent ☐ (Vice) Consul USA
☐ Passport Staff Agent

DEPARTMENT OF STATE
NOV 16 2022
(Seal)
TONYA PATTISON

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

X [signature]
Applicant's Legal Signature - age 16 and older

Signature of person authorized to accept applications Date
*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature*

Agent ID Number
X Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Print Facility Name/Location Facility ID Number
X Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Name of courier company (if applicable)

For Issuing Office Only ⟶ Bk 130cc Card ____ EF 60cc Postage ____ Execution 35cc Other ____
DS 11 A 12 2020 1

DS-11 12-2020 Page 1 of 2

Unauthorized Reproduction or Disclosure Prohibited

00011989-0425

**Name of Applicant** *(Last, First, & Middle)*: Muhamed Dieye
**Date of Birth** *(mm/dd/yyyy)*: [redacted] 1991

**10. Parental Information**

Mother/Father/Parent - First & Middle Name *(at Parent's Birth)*: Tisu i Da
Last Name *(at Parent's Birth)*: Ndiaye
Date of Birth *(mm/dd/yyyy)*
Place of Birth (City & State if in the U.S. or City & Country as it is presently known): Senegal
Sex: Male / Female U.S. Citizen? Yes / No

Mother/Father/Parent - First & Middle Name *(at Parent's Birth)*: Abdoulaye
Last Name *(at Parent's Birth)*: Dieye
Date of Birth *(mm/dd/yyyy)*
Place of Birth (City & State if in the U.S. or City & Country as it is presently known): Senegal
Sex: Male / Female U.S. Citizen? Yes / No

**11. Have you ever been married?** Yes ✓ No *If yes, complete the remaining items in #11.*
Full Name of Current Spouse or Most Recent Spouse *(Last, First & Middle)* Date of Birth (mm/dd/yyyy) Place of Birth
U.S. Citizen? ✓ Yes No Date of Marriage *(mm/dd/yyyy)* Have you ever been widowed or divorced? Yes ✓ No Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number** Home Cell Work

**13. Occupation** *(if age 16 or older)*: Self Employe

**14. Employer or School** *(if applicable)*: (MFD)

**15. Height**: 6.1
**16. Hair Color**: Blac
**17. Eye Color**: Black
**18. Travel Plans** *(If no travel plans, please write "none")*
Departure Date *(mm/dd/yyyy)*: Nov 17-2022
Return Date *(mm/dd/yyyy)*: Nov 30 2022
Countries to be Visited: Nassau

**19. Permanent Address** *(Complete if P.O. Box is listed under Mailing Address* ***or*** *if residence is different from Mailing Address.* ***Do not list a P.O. Box****)*
Street/RFD # or URB Apartment/Unit
City State Zip Code

**20. Your Emergency Contact** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*
Name: Ibu Kote
Address: Street/RFD # or P.O. Box: [redacted]
Apartment/Unit
City: Darby State: PA Zip Code: 19023 Phone Number Relationship: Brother

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** Yes No *If yes, complete the remaining items in #21.*
Name as printed on your most recent passport book: Muhamed F Dieye
Most recent passport book number: [redacted] 141
Most recent passport book issue date *(mm/dd/yyyy)*: 12/7/2016
Status of your most recent passport book: Submitting with application Stolen Lost In my possession *(if expired)*
Name as printed on your most recent passport card Most recent passport card number Most recent passport card issue date *(mm/dd/yyyy)*
Status of your most recent passport card: Submitting with application Stolen Lost In my possession (if expired)

PA to PRO

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence: same
✓ Birth Certificate SR CR (City) Filed: [redacted] 1991 Issued: 10/1/2006 Sole Parent
Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
Report of Birth Filed/Place:
Passport C/R S/R See #21 DOI:
Other: P/C of SSN Card LY Von
✓ Attached: In991-04
✓ P/C of Citz ✓ P/C of ID DS-71 DS-3053 DS-64 DS-5520 DS-5525 PAW NPIC IRL Citz W/S

DEPARTMENT OF STATE
NOV 16 2022
TONYA PATTISON

DS 11 A 12 2020 2

Unauthorized Reproduction or Disclosure Prohibited

CLEAR

U.S. Department of State

00011989 OMB Control No. 1405-0014
Expiration Date: 01-31-2025
Estimated Burden: 5 Minutes

# STATEMENT REGARDING A VALID LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

***Please Print Legibly or Type Using Black Ink Only.***

Unauthorized Reproduction or Disclosure Prohibited

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous valid U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported valid lost or stolen U.S. passports. If more than one valid U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. **ONCE REPORTED, THE VALID LOST OR STOLEN PASSPORT IS ELECTRONICALLY CANCELLED AND CANNOT BE USED FOR TRAVEL.** Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

Valid U.S. Passport **Book** ☐ Lost ☑ Stolen Valid U.S. Passport **Card** ☐ Lost ☐ Stolen

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER **Type or print legibly in black ink in white areas only.**

| Last Name | First Name | Middle Name |
|---|---|---|
| Dieye | Muhamed | |

Has your name changed since the passport was issued? If yes, state the name in which the valid lost or stolen passport was issued.

| Date of Birth (mm/dd/yyyy) | Place of Birth (City & State if in U.S. or City & Country) | Social Security Number |
|---|---|---|
| [redacted] 1991 | NYC | [redacted]-1544 |

Current Address (Street, City, State and ZIP Code or Country, if outside the U.S.)

| Telephone Number | Alternative Telephone Number | Email Address |
|---|---|---|
| | | [redacted]@gmail.com |

## 2. VALID LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION

**Answer all questions completely. If you do not know the answer in detail, be as exact as possible.**

**The passport book and card have different numbers. Please provide the correct number(s) if known. The passport number on a lost or stolen passport cannot be reused.**

Explain **in detail** how your valid U.S. passport book/card was lost or stolen. Include a photocopy of the valid passport book/card if available.

It was Stolen While it was in my bag

Explain where the loss or theft occurred. Provide the address, if known *(City and State, if in the U.S., or City and Country as it is presently known)*

Miami Beach

On what date was your valid U.S. passport book/card lost or stolen *(mm-dd-yyyy)*? If unknown, when was the last time you remember it being in your possession?

Sep -22 -2022

Did you file a police report? (If yes and the report is available, please submit a copy.) ☐ Yes ☐ No

| List your valid lost or stolen U.S. Passport **Book**, if known: Number | Issue Date *(mm-dd-yyyy)* | List your valid lost or stolen U.S. Passport **Card**, if known: Number | Issue Date *(mm-dd-yyyy)* |
|---|---|---|---|
| | | | |

Have you had any other valid U.S. passport book/card lost or stolen? ☐ Yes ☐ No If yes, how many passports? ____ Approximate date(s)? *(mm-dd-yyyy)* ____

Did you file a police report? (If yes and the report is available, please submit a copy.) ☐ Yes ☐ No

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understand the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport book and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate if abroad, and I will not attempt to use it.

[signature] 11-16-2022

Applicant's Legal Signature - age 16 or older Date *(mm/dd/yyyy)*

Mother/Father/Parent/Guardian Legal Signature if identifying minor under age 16 Date *(mm/dd/yyyy)*

Mother/Father/Parent/Guardian Legal Signature if identifying minor under age 16 Date *(mm/dd/yyyy)*

Both parents or guardians of a child younger than 16 years old must sign and provide a front and back photocopy of ID when submitting this form on the child's behalf unless one parent or guardian has sole authority to obtain a passport pursuant to 22 C.F.R. 51.28. If there is sole authority, include a copy of a supporting document with this form, such as a court order proving sole legal custody or form DS-5525, Statement of Exigent/Special Family Circumstances for Issuance of a U.S. Passport to a Minor Under Age 16.

00011989-0427

Unauthorized

THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

# CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH: JANUARY 27, 1991

BOROUGH: MANHATTAN  DATE FILED: [redacted]-9  CERTIFICATE NO.: [redacted]0254

DATE ISSUED: 10-01-08

NAME: MUHAMED FODEBHE DIEYE***

SEX: MALE

MOTHER'S MAIDEN NAME: TIGUIDA KABA

FATHER'S NAME: ABDOULAYE DIEYE

Steven P. Schwartz, PhD
City Registrar

Reproduction or Disclosure

The City of New York

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

M00190085

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Prohibited

00011989-0428







Unauthorized Reproduction or Disclosure Prohibited

00011989-0429

# Booking Confirmation

**Booking:** 7361511856521 | markanthoyb@gmail.com | Booked on Wed, Nov 16, 2022

Unauthorized

## Flight Details

### Departing Flight

Travel Time:
**4 h 32 m**

**American Airlines**
Flight AA1276

Nonstop | Coach
Baggage Fees | Visa & Passport Info

**Thu, Nov 17, 2022**
Dallas
**DFW - 09:15 am**
Miami
**MIA - 12:59 pm**
**Thu, Nov 17, 2022**

**Seats Selected:**
Airport Check In

Reproduction

Layover Time **0 h 46 m**

**American Airlines**
Flight AA3771

Nonstop | Coach
Baggage Fees | Visa & Passport Info

**Thu, Nov 17, 2022**
Miami
**MIA - 01:45 pm**
Nassau
**NAS - 02:47 pm**
**Thu, Nov 17, 2022**

**Seats Selected:**
Airport Check In

or Disclosure

+ **Exclusive Savings!** Add a Hotel and Save up to 25%

Check airline **Fare Rules**. Most airlines charge baggage fees, check the **Baggage Fees** for complete details.

### Traveler Information

Please verify traveler names below. Rules require traveler full names match exactly with their Passport or Government issued photo ID. If you need to make a name change, please call 1-888-481-8847

| | E-Ticket Number | Traveler Name | Requests | Type |
|---|---|---|---|---|
| 1 | 7361511856521 | Bianca Ariana Lawson | | Adult |
| 2 | 7361511856522 | Muhamed Dieye | | Adult |

Special Service
No Special Service Requested

Meal Preference
Any meal

Prohibited


APPLICATION FOR A U.S. PASSPORT

[redacted]

[redacted]

[redacted]

STOP! CONTINUE TO

DO NOT SIGN APPLICATION UNTIL REQUESTED

Unauthorized Reproduction or Disclosure Prohibited