# Exhibit G

8/21 NW

00015506-0299

U.S. Department of State

OMB Control No. 1405-0004
Expiration Date: 04/30/2025
Estimated Burden: 85 Minutes

# APPLICATION FOR A U.S. PASSPORT

*Use **black ink** only. If you make an error, complete a new form. Do not correct.*

**Select document(s) for which you are submitting fees:**

☐ U.S. Passport Book ☐ U.S. Passport Card ☑ Both

The U.S. passport card is **not** valid for international air travel. See Instruction Page 3

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

The large book is for frequent international travelers who need more visa pages.

552816678

☐ D ☐ O ☐ S ☐ NFR

End. # ______ Exp. ______

**1. Name** Last: Dieye

First: Muhamed

Middle:

**2. Date of Birth** *(mm/dd/yyyy)*: [redacted] 1991

**3. Gender (Read Instruction Page 1)** M ✓ F X Changing gender marker? Yes

**4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*: NY

**5. Social Security Number**: [redacted] 1544

**6. Email** *(See application status at passportstatus.state.gov)*: [redacted]@gmail.com

**7. Primary Contact Phone Number**: [redacted] 8061

**8. Mailing Address Line 1:** Street/RFD#, P.O. Box, or URB

[redacted]

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" of the parent. Example: In Care Of - Jane Doe)*

**City**: Darby **State**: PA **Zip Code**: 19023 **Country**, *(if outside the United States)*:

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A. B.



**STOP! CONTINUE TO PAGE 2**

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**

☒ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name: See ID

Issue Date *(mm/dd/yyyy)* ______ Exp. Date *(mm/dd/yyyy)* ______ State of Issuance: PA

ID No ______ Country of Issuance: US

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name ______

Issue Date *(mm/dd/yyyy)* ______ Exp. Date *(mm/dd/yyyy)* ______ State of Issuance ______

ID No ______ Country of Issuance ______

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal) U.S. Department of State — Passport Agency — Certified Acceptance Agent — Dallas — AUG 21 2024

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

Signature of person authorized to accept applications

*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.*

Date: 08-21-24

Agent ID Number

x Applicant's Legal Signature - age 16 and older

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Print Facility Name/Location: CAPA - DGI

Facility ID Number

Name of courier company *(if applicable)*

For Issuing Office Only → Bk ______ Card ______ EF ______ Postage ______ Execution ______ Other ______

DS 11 A 03 2022 1

DS-11 04-2022



GOV_PF_00000012

Name of Applicant (Last, First, & Middle): Dieye Muhamed

Date of Birth (mm/dd/yyyy): [redacted]-1991

**10. Parental Information**

Mother/Father/Parent - First & Middle Name (at Parent's Birth): Tiguida Ka

Last Name (at Parent's Birth): Kaba

Date of Birth (mm/dd/yyyy): [redacted]-1954

Place of Birth (City & State if in the U.S. or City & Country as it is presently known):

Gender: M / F ✓ / X — U.S. Citizen? Yes ✓ / No

Mother/Father/Parent - First & Middle Name (at Parent's Birth): Abdoulaye ~~Dieye~~

Last Name (at Parent's Birth): Dieye

Date of Birth (mm/dd/yyyy):

Place of Birth (City & State if in the U.S. or City & Country as it is presently known):

Gender: M ✓ / F / X — U.S. Citizen? Yes / No ✓

**11. Have you ever been married?** Yes ✓ No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse (Last, First & Middle): Shannon Kidney

Date of Birth (mm/dd/yyyy): [redacted] 2000

Place of Birth: UK

U.S. Citizen? Yes No ✓

Date of Marriage (mm/dd/yyyy):

Have you ever been widowed or divorced? Yes No

Widow/Divorce Date (mm/dd/yyyy):

**12. Additional Contact Phone Number** Home Cell Work

**13. Occupation** (if age 16 or older)

**14. Employer or School** (if applicable)

**15. Height** **16. Hair Color** **17. Eye Color**

**18. Travel Plans** *(If no travel plans, please write "none")* Departure Date (mm/dd/yyyy) Return Date (mm/dd/yyyy) Countries to be Visited

**19. Permanent Address** *(Complete if P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address. **Do not list a P.O. Box.**)*

Street/RFD # or URB: [redacted]

Apartment/Unit:

City: Darby — State: PA — Zip Code: 19023

**20. Your Emergency Contact** (*Provide the information of a person not traveling with you to be contacted in the event of an emergency.*)

Name: Shannon Kidney

Address: Street/RFD # or P.O. Box: [redacted]

Apartment/Unit:

City: Philadelphia — State: PA — Zip Code: 19050

Phone Number: [redacted]-6459

Relationship:

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** Yes ✓ No *If yes, complete the remaining items in #21.*

Name as printed on your most recent passport book: Muhamed Dieye

Most recent passport book number: [redacted]4266

Most recent passport book issue date (mm/dd/yyyy): 16, Nov, 2022

Status of your most recent passport book: Submitting with application Stolen Lost In my possession (if expired)

Name as printed on your most recent passport card:

Most recent passport card number:

Most recent passport card issue date (mm/dd/yyyy):

Status of your most recent passport card: Submitting with application Stolen Lost In my possession (if expired)

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence

☐ Birth Certificate SR CR City Filed: Issued:

☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#

☐ Sole Parent

☐ Report of Birth Filed/Place:

☑ Passport C/R S/R See #21 #/DOI:

☐ Other: P/C BC only

☑ Attached:

DEPARTMENT OF STATE

AUG 21 2024

TONYA PATTISON

☑ P/C of Citz ☑ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ PAW ☐ NPIC ☐ IRL ☐ Citz W/S

DS 11 A 03 2022 2

THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

# CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH [redacted] 1991 CERTIFICATE No. [redacted]9546

BOROUGH MANHATTAN DATE FILED 02-05-91 DATE ISSUED 10-01-08

NAME: MUHAMED FODEBHE DIEYE***

SEX: MALE

MOTHER'S MAIDEN NAME: TIGUIDA KABA

FATHER'S NAME: ABDOULAYE DIEYE

Steven P. Schwartz, Ph.D.
City Registrar

The City of New York

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

13914631 M00190083

DEPARTMENT OF HEALTH AND MENTAL HYGIENE * THE CITY OF NEW YORK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

00015506-0302

## IMPORTANT INFORMATION

IT IS UNLAWFUL for any person other than the original, lawful recipient to use this passport. It is unlawful to use this passport in violation of passport regulations or of the conditions or restrictions set out in the passport, or for travel to countries where use of a U.S. passport is restricted (Title 18, U.S. Code, Section 1544). For further information, contact the nearest U.S. embassy or consulate, or visit ***travel.state.gov***.

U.S. GOVERNMENT PROPERTY This passport is the property of the United States (Title 22, Code of Federal Regulations, Section 51.7). It must be surrendered upon demand by an authorized representative of the United States Government.

LOSS, THEFT, OR ALTERATION OF PASSPORT The loss, theft, or destruction of a passport is serious and should be reported immediately. If lost, stolen, or found in the United States, contact the National Passport Information Center at **1-877-487-2778**. If abroad, contact the nearest U.S. embassy or consulate. This passport must not be altered or damaged. Alteration could make the passport invalid, and if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials may place stamps or make notations or additions in this passport.

TRAVEL INFORMATION You can find travel and country specific information, including Travel Advisories and Public Announcements at ***travel.state.gov***.

EMERGENCIES AND REGISTRATION If you require assistance due to an emergency or if you are in trouble with foreign authorities, contact the nearest U.S. embassy or consulate. When visiting a foreign country for a prolonged stay, traveling to remote or volatile areas, or residing overseas, register with the U.S. embassy or consulate by telephone, fax, in person, or online at ***step.state.gov***.

FOREIGN LAWS While in a foreign country, you are subject to its laws. Penalties for violating local laws, including possession, or trafficking of illegal drugs can be more severe than in the U.S. for similar offenses and convicted offenders can expect prison sentences and heavy fines.

DUAL CITIZENSHIP Dual nationality may hamper efforts to provide U.S. consular protection to dual citizens in the foreign country of their other nationality. Dual citizens who encounter problems abroad, including possible conscription for military service, should contact the nearest U.S. embassy or consulate.

## IMPORTANT INFORMATION

PARENTAL CHILD ABDUCTION For information on prevention of international parental child abduction, or help if your child has been taken, contact the U.S. Department of State's Office of Children's Issues at **1-202-501-4444**, or consult our home page at ***travel.state.gov***.

LOSS OF U.S. CITIZENSHIP U.S. citizens who wish to learn more about potentially expatriating acts or how to renounce their U.S. citizenship should visit ***travel.state.gov***.

IMPORTATION OF GOODS AND SERVICES Contact the Department of the Treasury, Office of Foreign Assets Control, for more information at ***www.treas.gov***.

CUSTOMS AND BORDER PROTECTION Contact Customs & Border Protection for information about entering the United States at ***www.cbp.gov***.

AGRICULTURE For information on bringing food, plant, and animal products into the United States, contact the U.S. Department of Agriculture at ***www.aphis.usda.gov***.

U.S. TAXES All U.S. citizens working and residing abroad are required to file and report on their worldwide income. Find more information at ***www.irs.gov***.

SOCIAL SECURITY Before going abroad contact the Social Security Administration, Office of International Operations, about receiving payments while outside of the U.S. While abroad contact a U.S. embassy or consulate or find more information at ***www.ssa.gov***.

EXACT WEBSITE ADDRESSES SUBJECT TO CHANGE—PLEASE VISIT ***TRAVEL.STATE.GOV/PASSPORTINFO*** FOR UP-TO-DATE INFORMATION

**This document contains sensitive electronics. For best performance, do not bend, perforate or expose to extreme temperatures.**

If your passport expires within six months of your date of departure, you may be denied entry into some countries.






Dallas Passport Agency
21 2024
U.S. Department of State

21 02501703404
24044

01/27/1991
Rev 03/25/2022

Notify PennDOT if you move within 15 days. Visit us at www.dmv.pa.gov or call us at 717-412-5300. TTY callers - please dial 711 to reach us.

CLASS: C-Single/Comb < 26,001

END: None
RESTR: None