# Exhibit H

Received on ______________(date) at __________(time)

TEXAS REALTORS

# RESIDENTIAL LEASE APPLICATION

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2022

***Each occupant and co-applicant 18 years or older must submit a separate application.***

Property Address: 2900 McKinnon St, Dallas, TX 75201-1109
Anticipated: Move-in Date: 9/2/2022 Monthly Rent: $3250 Security Deposit: $4000
Initial Lease Term Requested: 12 *(months)*

Property Condition: Applicant ☐ has ☒ has not viewed the Property in-person prior to submitting this application.

**Applicant is strongly encouraged to view the Property in-person prior to submitting any application.** Landlord makes no express or implied warranties as to the Property's condition. Applicant requests Landlord consider the following repairs or treatments should Applicant and Landlord enter into a lease: ______________________________________________

Applicant was referred to Landlord by: Alex Leiva- LIV Realty ______ ______ *(e-mail)*
☐ ☐ ☐ ☐

aL

Applicant's name (first, middle, last) Adam Fedler
Is there a co-applicant? ☐ yes ☐ no *If yes, co-applicant must submit a separate application.*
Applicant's former last name (maiden or married) ______
E-mail [redacted]@outlook.com Home Phone [redacted]9334
Work Phone ______ Mobile/Pager ______
Soc. Sec. No. [redacted]3588 Driver License No. [redacted]02952 in ______ *(state)*
Date of Birth [redacted]1995 Height 5.09" Weight ______ Eye Color BRO
Hair Color ______ Marital Status Single

Emergency Contact: *(Do not insert the name of an occupant or co-applicant.)*

Name and Relationship: Fatou Mbacke
Address: [redacted] Apt 2227
City: Dallas State: TX Zip Code: 75230
Phone: [redacted]0309 E-mail: [redacted]@gmail.com

Name all other persons who will occupy the Property:
Name: ______ Relationship: ______ Age: ______
Name: ______ Relationship: ______ Age: ______
Name: ______ Relationship: ______ Age: ______
Name: ______ Relationship: ______ Age: ______

Applicant's Current Address: [redacted] Apt. No. ______
Edgewater NJ 07020 *(city, state, zip)*
Landlord or Property Manager's Name: ______ Email: ______
Phone: *Day:* ______ *Nt:* ______ *Mb:* ______ *Fax:* ______
Date Moved-In: Jan. 2019 Move-Out Date Aug. 2022 Rent $ 2050
Reason for move: New Job to Dallas



LIV Realty, 5850 Town and Country Blvd Suite 502 Frisco TX 75034 Phone: 4695868197 Fax: 2900 McKinnon St
Alexandra Leiva Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com

Scanned with CamScanner

Authentisign ID: 232C293A-1851-4C97-B2D7-7F9027ED2710


Residential Lease Application concerning 2900 McKinnon St, Dallas, TX 75201-1109

Applicant's Previous Address: ______ Apt. No. ______
______ *(city, state, zip)*

Landlord or Property Manager's Name: ______ Email: ______
Phone: *Day:* ______ *Nt:* ______ *Mb:* ______ *Fax:* ______
Date Moved-In ______ Move-Out Date ______ Rent $ ______
Reason for move: ______

Applicant's Current Employer: Bain & Company
Address: 1114 6th Ave, 43rd floor NY, NYC 10036 *(street, city, state, zip)*
Employment Verification Contact: ______ Phone: [redacted] 8080
Fax: ______ E-mail: ______
Start Date: ______ Gross Monthly Income: $ [redacted] 14650 Position: ______
*Note: If Applicant is self-employed, Landlord may require one or more previous year's tax return attested by a CPA, attorney, or other tax professional.*

Applicant's Previous Employer: ______
Address: ______ *(street, city, state, zip)*
Employment Verification Contact: ______ Phone: ______
Fax: ______ E-mail: ______
Employed from ______ to ______ Gross Monthly Income: $ ______ Position: ______
*Note: Applicant is responsible for including the appropriate contact information for employment verification purposes.*

Describe other income Applicant wants considered: ______

List all vehicles to be parked on the Property:

| Type | Year | Make | Model | License Plate No./State | Mo. Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Will any animals (dogs, cats, birds, reptiles, fish, and other animals) be kept on the Property? ☐ yes ☑ no
If yes, list all animals to be kept on the Property:

| Type & Breed | Name | Color | Weight | Age in Yrs. | Gender | Neutered? | Bite History? | Rabies Shots Current? | Assistance Animal? |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |

If any of the animals listed above are assistance animals, please provide appropriate documentation with a reasonable accommodation request for the assistance animal(s).

| Yes | No | |
|---|---|---|
| ☐ | ☑ | Will any waterbeds or water-filled furniture be on the Property? |
| ☐ | ☑ | Does anyone who will occupy the Property smoke? |
| ☐ | ☑ | Will Applicant maintain renter's insurance? |
| ☐ | ☑ | Is Applicant or Applicant's spouse, even if separated, in military? |
| ☐ | ☐ | If yes, is the military person serving under orders limiting the military person's stay to one year or less? |


LIV Realty, 5850 Town and Country Blvd Suite 502 Frisco TX 75034 Phone: 4695868197 Fax: 2900 McKinnon St
Alexandra Leiva Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com

Scanned with CamScanner

Has Applicant ever:

- [ ] [x] been evicted?
- [ ] [x] been asked to move out by a landlord?
- [ ] [x] breached a lease or rental agreement?
- [ ] [x] filed for bankruptcy?
- [ ] [x] lost property in a foreclosure?
- [ ] [x] been convicted of a crime? If yes, provide the location, year, and type of conviction below.
- [ ] [x] Is any occupant a registered sex offender? If yes, provide the location, year, and type of conviction below.
- [ ] [x] had *any* credit problems, slow-pays or delinquencies? If yes, provide more information below.
- [ ] [x] Is there additional information Applicant wants considered?

Additional comments: ________________________________________________.

**Authorization:** Applicant authorizes Landlord and Landlord's agent, at any time before, during, or after any tenancy, to:

(1) obtain a copy of Applicant's credit report;
(2) obtain a criminal background check related to Applicant and any occupant; and
(3) verify any rental or employment history or verify any other information related to this application with persons knowledgeable of such information.

**Notice of Landlord's Right to Continue to Show the Property:** Unless Landlord and Applicant enter into a separate written agreement otherwise, the Property remains on the market until a lease is signed by all parties and Landlord may continue to show the Property to other prospective tenants and accept another offer.

**Privacy Policy:** Landlord's agent or property manager maintains a privacy policy that is available upon request.

**Fees:** Applicant submits a non-refundable fee of $ __________ to _______________ (entity or individual) for processing and reviewing this application. Applicant [ ] submits [ ] will not submit an application deposit of $ __________ to be applied to the security deposit upon execution of a lease or returned to Applicant if a lease is not executed.

**Acknowledgement & Representation:**

(1) Signing this application indicates that Applicant has had the opportunity to review Landlord's tenant selection criteria, which is available upon request. The tenant selection criteria may include factors such as criminal history, credit history, current income and rental history.
(2) Applicant understands that providing inaccurate or incomplete information is grounds for rejection of this application and forfeiture of any application fee and may be grounds to declare Applicant in breach of any lease the Applicant may sign.
(3) Applicant represents that the statements in this application are true and complete.
(4) Applicant is responsible for any costs associated with obtaining information.

Applicant's Signature [signature] Date 08.25.22

*For Landlord's Use:*

*On* __________, __________ *(name/initials) notified* [ ] *Applicant* [ ] __________ *by* [ ] *phone* [ ] *mail* [ ] *e-mail* [ ] *fax* [ ] *in person that Applicant was* [ ] *approved* [ ] *not approved. Reason for disapproval:* __________





Scanned with CamScanner

TEXAS REALTORS

# AUTHORIZATION TO RELEASE INFORMATION RELATED TO A RESIDENTIAL LEASE APPLICANT

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2018

I, Adam Fedler (Applicant), have submitted an application to lease a property located at 2900 McKinnon St, Dallas, TX 75201-1109 (address, city, state, zip).

The landlord, broker, or landlord's representative is:

_______________ (name)
_______________ (address)
_______________ (city, state, zip)
_______________ (phone) _______________ (fax)
_______________ (e-mail)

I give my permission:

(1) to my current and former employers to release any information about my employment history and income history to the above-named person;

(2) to my current and former landlords to release any information about my rental history to the above-named person;

(3) to my current and former mortgage lenders on property that I own or have owned to release any information about my mortgage payment history to the above-named person;

(4) to my bank, savings and loan, or credit union to provide a verification of funds that I have on deposit to the above-named person; and

(5) to the above-named person to obtain a copy of my consumer report (credit report) from any consumer reporting agency and to obtain background information about me.

fedler adam 08·25·22

Applicant's Signature Date

*Note: Any broker gathering information about an applicant acts under specific instructions to verify some or all of the information described in this authorization. The broker maintains a privacy policy which is available upon request.*



Scanned with CamScanner