# Exhibit I


NEW JERSEY
Motor Vehicle Commission
AUTO DRIVER LICENSE
Chief Administrator
DL [redacted]02952
CLASS D
DOB [redacted]1995
ISS 01-22-2020
EXP 02-31-2024
ADAM
FEDLER
[redacted]
EDGEWATER NJ 07020
END NONE
RESTR NONE
SEX M
HGT 5'-09"
BRO
RP
FL201408400000134
REN
ORGAN DONOR
24.00