IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MUHAMED DIEYE

NO. 3:26-CR-00381-L

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO REVOKE THE EDNY RELEASE ORDER**

Pending before the Court is the United States' Motion to Revoke the EDNY Release Order. Having considered the Motion, response, and argument of counsel, if any, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Release Order that a Magistrate Court for the Eastern District of New York issued is hereby revoked.

It is further ORDERED that defendant Muhamed Dieye is committed to the custody of the Attorney General, or a designated representative, for confinement pending trial in a corrections facility.

It is so ORDERED this ____ day of ______ 2026.

____________________________
Sam A. Lindsay
United States District Judge